# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
(Honorable Barbara Major)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 12CR5228-WQH |
| Plaintiff, ) | |
| vs. ) | **JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT** |
| RENEE LEWIN(5), ) | |
| Defendant. ) | |

GOOD CAUSE APPEARING , the Court GRANTS the motion made by the United States to dismiss the Indictment as to Renee Lewin(5) with prejudice. The Court finds based upon the joint motion filed by the parties, as well as the Court's own observations, that Ms. Lewin has satisfied all of the conditions of her Pretrial Diversion and that early termination is appropriate. The bond is exonerated and, if held by U.S. Pretrial Services, the Defendant's passport is to be released to Defendant.

**IT IS SO ORDERED**.

Dated: 7/22/2015

Hon Barbara Major
U. S. Magistrate Judge